UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ALONZO E. VILLARREAL, | ) |
| Plaintiff | ) |
| | ) CAUSE NO. 3:05-CV-085 RM |
| vs. | ) |
| BARBARA KASPER, | ) |
| Defendant | ) |

OPINION AND ORDER

On February 14, 2005, Alonzo E. Villarreal, a *pro se* prisoner, was granted to and including March 18, 2005 to cure the deficiencies in his unsigned, incomplete complaint form. He has not responded to that order. Mr. Villarreal was cautioned that if he did not cure his deficiencies, that this case might be dismissed without further notice pursuant to FED. R. CIV. P. 41(b).

For the foregoing reasons, the court **DISMISSES** this case **WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b).

SO ORDERED.

ENTERED: May  19 , 2005

　　　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Court